906

No. 680. GIGANTE v. UNITED STATES;
No. 681. GENOVESE v. UNITED STATES;
No. 682. EVOLA v. UNITED STATES;
No. 683. LESSA v. UNITED STATES; and
No. 692. SANTORA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Wilfred L. Davis* for petitioner in No. 680. *Edward Bennett Williams, Robert L. Weinberg* and *Wilfred L. Davis* for petitioner in No. 681. *Maurice Edelbaum* for petitioner in No. 682. *Henry K. Chapman* for petitioner in No. 683. *Herbert S. Siegal* for petitioner in No. 692. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Richard W. Schmude* for the United States.

No. 713. FORSTER MFG. CO., INC., ET AL. v. FEDERAL TRADE COMMISSION. C. A. 1st Cir. Certiorari denied. *Richard A. Tilden* for petitioners. *Solicitor General Cox* for respondent.

No. 715. SOCKMAN ET AL. v. SWITZER ET AL.; and
No. 826. SWITZER ET AL. v. SOCKMAN ET AL. C. C. P. A. Certiorari denied. *Benton Baker* and *Foster York* for petitioners in No. 715 and respondents in No. 826. *Albert L. Ely, Jr.,* for petitioners in No. 826 and respondents in No. 715.

No. 722. SCHWARTZ-TORRANCE INVESTMENT CORP. v. BAKERY & CONFECTIONERY WORKERS UNION, LOCAL No. 31. Sup. Ct. Cal. Certiorari denied. *Joseph M. McLaughlin* and *Frederick A. Morgan* for petitioner.